**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 96-7341**

———————

RESTONEY ROBINSON,

                              Plaintiff - Appellant,

        and

LEWIS FRANKLIN MINGUS,

                              Plaintiff,

        versus

DENNIS A. WICKER; FRANKLIN FREEMAN; DAVID
HUBBARD; GLEEN SAUNDER; A. L. GLOVER; MRS.
RAMON; IRISH SMITH,

                              Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Malcolm J. Howard, District Judge. (MISC-96-30-5-H)

———————

Submitted: October 17, 1996        Decided: October 25, 1996

———————

Before MURNAGHAN and WILLIAMS, Circuit Judges, and BUTZNER, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Restoney Robinson, Appellant Pro Se.

––––––––––––––

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying Appellant's motion for leave to file a civil rights complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Robinson v. Wicker</u>, No. MISC-96-30-5-H (E.D.N.C. July 2, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>